IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA PARRISH , AS NEXT FRIEND
AND POWER-OF-ATTORNEY FOR
NORMAN J. FROSSARD, JR.                                              PLAINTIFF

v.                                          CIVIL ACTION NO. 1:18cv232-NBB-RP

WELLS FARGO, N.A., d/b/a WELLS FARGO
HOME MORTGAGE, and DEAN MORRIS, LLC                    DEFENDANTS

## ORDER

The undersigned judge hereby recuses from the above styled and numbered cause. The case is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

**SO ORDERED**, this the 6th day of February, 2019.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**