IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATRICIA PARRISH                                                                                    PLAINTIFF
*as next friend and with power of attorney for*
NORMAN FROSSARD, JR.

V.                                                                          CIVIL ACTION NO. 1:18-CV-232-SA-RP

WELLS FARGO, N.A., and
DEAN MORRIS, LLC                                                                              DEFENDANTS

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Plaintiffs' federal claims brought under the Real Estate Settlement Procedures Act, the Fair Debt Collection Practices Act, and the Fair Credit Reporting Act are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the Plaintiffs' state law claims, and they are dismissed without prejudice. The Defendants' Motion to Dismiss [12] is GRANTED, and this CASE is CLOSED.

It is SO ORDERED, on this the 24th day of September, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE